# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**CHRISTOPHER LEE HUTCHESON**             **PLAINTIFF**

v.             No. 4:09CV56-M-S

**LT. RONALD BINION, ET AL., ET AL.**             **DEFENDANTS**

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the Report and Recommendation of the United States Magistrate Judge dated May 3, 2011, and the plaintiff's objections to the Report and Recommendation, the court holds that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 3, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That judgment be entered in favor of the plaintiff against defendant Ronald Binion in the amount of $175.00.

3. That, in light of this ruling, all motions in this currently pending before the court are **DISMISSED** as moot.

4. That this case is **CLOSED.**

THIS, the 6th day of July, 2011.

            **/s/ MICHAEL P. MILLS**
            **CHIEF JUDGE**
            **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF MISSISSIPPI**